## Commonwealth *v.* Knoll, Appellant.

Submitted June 10, 1969. *James T. Reilly,* for appellant; *George E. Christianson* and *Joseph C. Mesics,* Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Lambert, Appellant.

Submitted June 9, 1969.  *Michael E. Riskin,* Assistant Public Defender, for appellant; *Allan B. Goodman,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Order affirmed.